**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Stephen C. Payne
Direct: +1 202.887.3693
Fax: +1 202.530.4202
SPayne@gibsondunn.com

July 7, 2016

VIA ECF

The Honorable Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States ex rel. Wood v. Allergan, Inc. and Allergan plc*, No. 10-cv-5645 (JMF) - Joint Letter-Motion for Extension of Time and Leave to File Excess Pages

Dear Judge Furman:

I represent the Defendants, Allergan, Inc. and Allergan plc, in the above-referenced action brought by Relator John A. Wood ("Relator") under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3729 *et seq.*, and similar state statutes. In accordance with Your Honor's Individual Rules and Practices in Civil Cases (¶¶ 1.A, 1.E, and 3.A) ("Rules and Practices"), the parties respectfully submit this joint request for extensions of time to file Defendants' motion to dismiss, Relator's opposition, and Defendants' reply.

Relator's request for waiver of service of the summons in this matter was sent on May 18, 2016; consequently, the filing deadline for Defendants' motion to dismiss is currently July 18, 2016. *See* Fed. R. Civ. P. 4(d)(3). Under this District's local rules, the filing deadlines for Relator's opposition and Defendants' reply are August 1, 2016 and August 8, 2016, respectively. *See* S.D.N.Y. R. 6.1(b). No previous requests have been made for extension of time for these pleadings.

In connection with the above-referenced briefing, the parties respectfully request leave to file pages in excess of the limitations set by ¶ 3.D of Your Honor's Rules and Practices. Pursuant to that rule, Defendants' memorandum in support of their motion to dismiss, and Relator's memorandum in opposition, are currently limited to 25 pages; Defendants' reply memorandum is limited to 10 pages. No previous requests have been made for extensions of these page limitations.

In support of their requests, the parties state that the nature and complexity of this action necessitate time and pages in excess of the existing limitations. Among other complexities, Defendants believe that the recent U.S. Supreme Court decision in *Universal*

**GIBSON DUNN**

The Honorable Jesse M. Furman
July 7, 2016
Page 2


*Health Services, Inc. v. United States ex rel. Escobar*, 136 S. Ct. 1989 (June 16, 2016), may impact the Relator's claims and the Defendants' defenses. Further, the parties and counsel for the United States are engaged in ongoing discussions regarding Allergan, Inc.'s intent to move this Court to unseal the original Complaint and the First Amended Complaint ("FAC"). Allergan, Inc. intends to seek an unsealing order so that Defendants can review Relator's initial allegations and assess potential defenses to this suit under the public disclosure bars of the False Claims Act and analogous state statutes, as well as under the applicable statutes of limitation.

Accordingly, the parties respectfully request that the Court impose the following filing deadlines and page limitations:

1) Within 21 days after the Court's adjudication of Allergan, Inc.'s motion to unseal the original Complaint and the First Amended Complaint, Defendants may file a Motion to Dismiss, with a Memorandum of Law not to exceed 30 pages;

2) Relator shall have 45 days thereafter to file his Response, not to exceed 30 pages; and

3) Defendants shall have 18 days thereafter to file a Reply, not to exceed 15 pages.

As noted above, these are requests to which Defendants and Relator have jointly agreed. The parties are next scheduled to appear before the Court on July 21, 2016 at 4:15 pm, for the initial pretrial conference in this matter.

The parties thank the Court for its consideration.

Respectfully submitted,

/s/ Stephen C. Payne


Stephen C. Payne

**GIBSON DUNN**

The Honorable Jesse M. Furman
July 7, 2016
Page 3


SO ORDERED this _____ day of _____, 2016.


_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, true and correct copies of the foregoing pleading have been served on the following in the manner listed below.

### VIA NOTICE OF ELECTRONIC FILING (ECF)

Sherrie R. Savett
Arthur Stock
Lane L. Vines
Berger & Montague, P.C
Philadelphia, PA 19103
1622 Locust Street
Phone: (215) 875-3000
Fax: (215) 875-4604
astock@bm.net
lvines@bm.net
ssavett@bm.net

W. Scott Simmer
Thomas J. Poulin
Simmer Law Group PLLC
The Watergate, Suite 10-A
600 New Hampshire Avenue NW
Washington, DC 20037
Phone: (202) 333-7352
Fax: (202) 337-1039
Scott.Simmer@simmerlaw.com
Thomas.Poulin@simmerlaw.com

### VIA FIRST-CLASS MAIL

Loretta Lynch, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Preet Bharara, U.S. Attorney
U.S. Attorney's Office
Southern District of New York
86 Chambers St., 3rd Fl.
New York, NY 10007

Lawrence H. Fogelman, Asst. U.S. Attorney
U.S. Attorney's Office
Southern District of New York
86 Chambers St., 3rd Fl.
New York, NY 10007

Jennifer Cihon, Trial Attorney
U.S. Department of Justice
Civil Fraud Section
600 E St, N.W., Room 6906
Washington, DC 20004

Kamala D. Harris, Attorney General
Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse
P.O. Box 944255
Sacramento, CA 94244-2550

George A. Codding, Sr. Asst. Attorney General
Department of Law
Office of the Attorney General, MFCU
1300 Broadway, 9th Fl.
Denver, CO 80203

Robert B. Teitelman, Asst. Attorney General
Office of the Attorney General
55 Elm St.
Hartford, CT 06106-1774

Kate Keller, MFCU Director
Office of the Attorney General
820 N French St, 5th Fl.
Wilmington, DE 19801

Jane Drummey, Asst. Attorney General
Office of the Attorney General
Civil Enforcement Section
Civil Litigation Division
441 Fourth St., Ste. 650 North
Washington, DC 20001

James D. Varnado, MFCU Director
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399

Jeffrey H. Atwater, Chief Financial Officer
Department of Financial Services
Division of Consumer Services
200 East Gaines St.
Tallahassee, FL 32399-0300

Nancy B. Allstrom, Sr. Asst. Attorney General
Office of the Attorney General
200 Piedmont Ave. S.E.
West Tower, 19th Fl.
Atlanta, GA 30334

Christopher Young, MFCU Director
Office of the Attorney General
333 Queen St., 10th Fl.
Honolulu, HI 96813

Patrick Keenan, Medicaid Fraud Bureau Chief
Office of the Attorney General
100 W. Randolph St., 12th Fl.
Chicago, IL 60601

Greg Zoeller, Attorney General
Office of the Attorney General
Indiana Government Center South
302 W. Washington St., 5th Fl.
Indianapolis, IN 46204

Cynthia V. Carrasco, Inspector General
Office of the Inspector General
315 W. Ohio St., Room 104
Indianapolis, IN 46202

Mimi Hunley, Asst. Attorney General
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804

Maura Healey, Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

David E. Tanay, MFCU Director
Office of the Attorney General
2860 Eyde Parkway
East Lansing, MI 48823

Lori Swanson, Attorney General
Office of the Attorney General
1400 Bremer Tower
445 Minnesota St.
St. Paul, MN 55101-2131

Kenneth E. Varns, Asst. Attorney General
Department of Justice
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401

Karin M. Eckel, MFCU Director
Office of the Attorney General
Medicaid Fraud Control Unit
33 Capitol St.
Concord, NH 03301-6397

| | |
|---|---|
| Robert Lougy, Acting Attorney General<br>Office of the Attorney General<br>P.O. Box 080<br>Trenton, NJ 08625-0080 | Marie Spencer, Special Asst. Attorney General<br>Office of the Attorney General<br>Medicaid Fraud Control Unit<br>120 Broadway, 13th Fl.<br>New York, NY 10271 |
| Mark N. Kemberling, MFCU Director<br>Office of the Attorney General<br>555 East Washington Ave., Ste. 3900<br>Las Vegas, NV 89101 | Hector Balderas, Attorney General<br>Office of the Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| Christopher P. Collins, General Counsel<br>Office of General Counsel<br>P.O. Box 2348<br>Santa Fe, NM 87504 | F. Edward Kirby, Jr., Asst. Attorney General<br>Department of Justice<br>Medicaid Investigations Unit<br>3824 Barrett Drive, Ste. 200<br>Raleigh, NC 27609 |
| Niki S. Batt, Asst. Attorney General<br>Office of the Attorney General<br>Medicaid Fraud Control Unit<br>313 N.E. 21st St.<br>Oklahoma City, OK 73105 | James F. Dube, MFCU Director<br>Office of the Attorney General<br>150 S. Main St.<br>Providence, RI 02903 |
| Timothy P. Harlan, Asst. Attorney General<br>Office of the Attorney General<br>425 5th Ave. N., P.O. Box 20207<br>Nashville, TN 37202-4015 | Justin E. Dunlap, Asst. Attorney General<br>Office of the Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Mark Herring, Attorney General<br>Office of the Attorney General<br>900 East Main St.<br>Richmond, VA 23219 | Timothy Samuelson, MFCU Director<br>Office of the Attorney General<br>P.O. Box 7857<br>Madison, WI 53707-7857 |

By:   /s/ Stephen C. Payne
Stephen C. Payne*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 887-3693
Fax: (202) 530-9656
spayne@gibsondunn.com
*Admitted *Pro Hac Vice*

3