UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN A. WOOD, and on behalf of the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN and the DISTRICT OF COLUMBIA,<br><br>                           Plaintiffs,<br><br>           v.<br><br>ALLERGAN, INC.,<br><br>                           Defendant. | No. 10-CV-5645 (JMF)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL THE COURT'S ORDERS GRANTING THE GOVERNMENT'S SEAL-EXTENSION REQUESTS |

Plaintiff-Relator John A. Wood having filed a Motion to Unseal the Court's Orders Granting the Government's Seal-Extension Requests, and neither the Defendant nor the United States opposes such motion, it is hereby

ORDERED that the Motion is GRANTED.  The Clerk of Court is directed to terminate ECF No. 141.

Dated:  __August 3_____, 2020
         New York, New York

_____
JESSE M. FURMAN
United States District Judge